S

## IN THE UNITED STATED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING INDICTMENT |
| | : | |
| v. | : | CRIMINAL NO. 3:06-CR-41(CAR) |
| | : | |
| FRAZIER LANIER JOHNSON a/k/a "BUMP," | : | VIOLATIONS: |
| KENO MOSES, | : | 21 U.S.C. §846 i/c/w |
| JACKIE BOWMAN, a/k/a "JUNIOR," | : | 21 U.S.C. §841(a)(1) |
| IVY WALLACE, | : | 21 U.S.C. §841(b)(1)(A)(ii) |
| LERRICO HOWARD a/k/a "RICO," | : | 21 U.S.C. §841(b)(1)(A)(iii) |
| ORLANDO MUCKLE, a/k/a "LANDO," | : | 21 U.S.C. §841(b)(1)(B)(ii) |
| QUINTON DUNN, a/k/a "Q," a/k/a "TWOTON," | : | 21 U.S.C. §841(b)(1)(B)(iii) |
| ROBERT LEE JOHNSON, a/k/a "UNC," | : | 21 U.S.C. §841(b)(1)(C) |
| DANA MARIA BULLOCK, | : | 21 U.S.C. §841(b)(1)(D) |
| KENDRICK STURDIVANT, a/k/a "NARD," | : | 21 U.S.C. §844(a) |
| JUSTIN CORNISH, a/k/a "J," | : | 18 U.S.C. §922(g)(3) |
| RODNEY ADDISON, | : | 18 U.S.C. §2 |
| KIRTINA BRUNSON, | : | |
| FRANKLIN WISE, a/k/a "MONJAY," | : | |
| KALESIA MERRITT, | : | |
| TIANT QUIMBY, a/k/a "BIG T," a/k/a "T," | : | |
| ERNEST PICKLE, a/k/a "E," a/k/a | : | |
| "MALIK ECHOLS" | : | |
| UGANDA ELAM, and | : | |
| SHELTON FAVORS, | : | |

THE GRAND JURY CHARGES:

## COUNT ONE

That from January 1, 2000 to October 20, 2006, in the Athens Division of the Middle

District of Georgia, and elsewhere within the jurisdiction of this Court,

**FRAZIER LANIER JOHNSON a/k/a "BUMP,"**
**KENO MOSES,**
**JACKIE BOWMAN, a/k/a "JUNIOR,"**
**IVY WALLACE,**
**LERRICO HOWARD a/k/a "RICO,"**
**ORLANDO MUCKLE, a/k/a "LANDO,"**

**QUINTON DUNN, a/k/a "Q," a/k/a "TWOTON,"**
**ROBERT LEE JOHNSON, a/k/a "UNC,"**
**DANA MARIA BULLOCK,**
**KENDRICK STURDIVANT, a/k/a "NARD,"**
**JUSTIN CORNISH, a/k/a "J,"**
**RODNEY ADDISON,**
**KIRTINA BRUNSON,**
**FRANKLIN WISE, a/k/a "MONJAY,"**
**KALESIA MERRITT,**
**TIANT QUIMBY, a/k/a "BIG T," a/k/a "T,"**
**ERNEST PICKLE, a/k/a "E," a/k/a "MALIK ECHOLS,"**
**UGANDA ELAM, and**
**SHELTON FAVORS,**

defendants herein, did unlawfully and willfully conspire with each other and with other persons, both known and unknown to the Grand Jury, to knowingly and unlawfully possess with intent to distribute Schedule II controlled substances, to-wit:  cocaine, in an amount in excess of five (5) kilograms; a mixture and substance containing a detectable amount of cocaine base also known as "crack cocaine," in an amount in excess of fifty (50) grams; and a Schedule I controlled substance to wit:  marijuana; all in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(A)(iii), 841(b)(1)(C), 841(b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT TWO

That on or about October 31, 2004, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### JACKIE BOWMAN a/k/a "JUNIOR,"

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute a

-2-

Schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of cocaine base also known as "crack cocaine," in excess of fifty (50) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2.

## COUNT THREE

That on or about April 28, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### FRAZIER LANIER JOHNSON, a/k/a "BUMP,"

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, willfully, and intentionally distribute a Schedule II controlled substance, to-wit: cocaine in excess of five hundred (500) grams in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2.

## COUNT FOUR

That on or about June 5, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### QUINTON DUNN a/k/a "Q"a/k/a "TWOTON,"

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: cocaine in excess of two hundred (200) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

-3-

## COUNT FIVE

That on or about June 12, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JACKIE BOWMAN, a/k/a "JUNIOR,"**
**and**
**KIRTINA BRUNSON,**

defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: cocaine in excess of two hundred (200) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SIX

That on or about June 12, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JACKIE BOWMAN, a/k/a "JUNIOR,"**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess a Schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of cocaine base also known as "crack cocaine," and a Schedule I controlled substance to wit: marijuana, in violation of Title 21, United States Code, Section 844(a) and Title 18, United States Code, Section 2.

-4-

## COUNT SEVEN

That on or about September 14, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### RODNEY ADDISON,

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possessed with intent to distribute Schedule II controlled substances, to-wit:  cocaine; a mixture and substance containing a detectable amount of cocaine base also known as "crack cocaine," in an amount in excess of twenty (20) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

## COUNT EIGHT

That on or about September 17, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### FRAZIER LANIER JOHNSON a/k/a "BUMP," and
### ROBERT LEE JOHNSON a/k/a "UNC,"

defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly, willfully, and intentionally distribute a Schedule II controlled substance, to-wit: cocaine in excess of five hundred (500) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2.

## COUNT NINE

That on or about September 27, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**FRAZIER LANIER JOHNSON, a/k/a "BUMP,"**
**ROBERT LEE JOHNSON, a/k/a "UNC,"**
**and**
**KENO MOSES,**

defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly, willfully, and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: cocaine, in excess of two (2) kilograms in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

## COUNT TEN

That on or about September 27, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**LERRICO HOWARD a/k/a "RICO,"**
**and**
**DANA MARIA BULLOCK,**

defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly, willfully, and intentionally possessed with intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of cocaine base also known as "crack cocaine," in excess of five (5) grams; a Schedule II controlled substance to wit: cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841 (b)(1)(B)(ii) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT ELEVEN

That on or about September 27, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**LERRICO HOWARD,a/k/a "RICO,"**
**and**
**DANA MARIA BULLOCK,**

defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly, willfully, and intentionally manufacture a Schedule I controlled substance, to-wit: marijuana in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

## COUNT TWELVE

That on or about September 27, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RODNEY ADDISON,**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possessed with intent to distribute Schedule II controlled substances, to-wit: cocaine; a mixture and substance containing a detectable amount of cocaine base also known as "crack cocaine," in an amount in excess of five (5) grams; and a Schedule I controlled substance to wit: marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

That on or about September 28, 2006, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**IVY WALLACE,**

-7-

defendant herein, then being an unlawful user of a Schedule I controlled substance, to wit: marijuana, did knowingly possess, in and affecting interstate commerce a firearm which had previously been shipped and transported in interstate commerce, to wit: one Lorcin .380 caliber pistol, serial 344661 in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT FOURTEEN

1. The allegations contained in Counts One through Thirteen of this Indictment are hereby re-alleged and incorporated by reference into this Count for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the aforesaid violations of Title 21 United States Code, Sections 841(a)(1), which are punishable by imprisonment for more than one year, the defendants,

**FRAZIER LANIER JOHNSON a/k/a "BUMP,"**
**KENO MOSES,**
**JACKIE BOWMAN, a/k/a "JUNIOR,"**
**IVY WALLACE,**
**LERRICO HOWARD a/k/a "RICO,"**
**ORLANDO MUCKLE, a/k/a "LANDO,"**
**QUINTON DUNN, a/k/a "Q," a/k/a "TWOTON,"**
**ROBERT LEE JOHNSON, a/k/a "UNC,"**
**DANA MARIA BULLOCK,**
**KENDRICK STURDIVANT, a/k/a "NARD,"**
**JUSTIN CORNISH, a/k/a "J,"**
**RODNEY ADDISON,**
**KIRTINA BRUNSON,**
**FRANKLIN WISE, a/k/a "MONJAY,"**
**KALESIA MERRITT,**
**TIANT QUIMBY, a/k/a "BIG T," a/k/a "T,"**
**ERNEST PICKLE, a/k/a "E," a/k/a "MALIK ECHOLS,"**
**UGANDA ELAM, and**

**SHELTON FAVORS,**

shall forfeit to the United States all of their interest in any and all property constituting and derived from any proceeds the defendants obtained, directly and indirectly as a result of such violations; and any and all property, used and intended to be used in any manner or part to commit and to facilitate the commission of the aforesaid violations.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

a) cannot be located upon the exercise of due diligence;

b) has been transferred, sold to or deposited with, a third person;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the above forfeitable property.

All as provided in Title 21, United States Code, Section 853.

A. TRUE BILL.

_____

s/FOREPERSON OF THE GRAND JURY

Presented by:

TAMARA JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 25 day of ___October___, AD 2006.

_____
Clerk

-10-