# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

0720-1106-0377 Z
FID # 1081675

UNITED STATES OF AMERICA, :
:
VS. :
: CASE NO. 3:06-CR-41-CAR
JACKIE BOWMAN, a/k/a "JUNIOR" :
: WARRANT FOR ARREST
Defendant :
_____ :

To: The United States Marshal, Middle District of Georgia
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JACKIE BOWMAN, a/k/a "JUNIOR" and bring him/her FORTHWITH before the nearest available judicial officer to answer a(n)

[X] Indictment     [ ] Information     [ ] Complaint          [ ] Order of Court

             [ ] Violation Notice          [ ] Probation Violation Petition

charging him/her with Conspiracy to Possess with Intent to Distribute More Than 5 Kilograms of Cocaine, More Than 50 Grams of cocaine base, and Marijuana; Possession with Intent to Distribute More Than 50 Grams of Cocaine Base; Possession with Intent to Distribute More Than 200 Grams of Cocaine; Possession with Intent to Distribute Cocaine and Marijuana in Violation of United States Code Section 21:846 i/c/w 21:841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(A)(iii), 841(b)(1)(C), 841(b)(1)(D); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:844(a); and 18:2.

Dated at Macon Georgia, this November 6, 2006.
WITNESS THE HONORABLE JUDGES OF THIS COURT.

GREGORY J. LEONARD, CLERK

BY: s/Amy N. Stapleton
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 110606 | reported in as directed | |
| Date of Arrest | | |
| 111306 | | |