```
 1                IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE MIDDLE DISTRICT OF GEORGIA

 3                  ATHENS DIVISION AT MACON GEORGIA

 4                     _____

 5

 6    THE UNITED STATES OF AMERICA,    :
                                       :   Case No. 3:06-CR-41
 7    VS                               :
                                       :     November 15, 2006
 8                                     :
      LORRICO HOWARD                   :      Macon, Georgia
 9    DANA BULLOCK,                    :
                           DEFENDANTS. :
10    _____

11             PARTIAL TRANSCRIPT OF DETENTION HEARING

12                     OF WITNESS AUTUMN LAY

13            BEFORE THE HONORABLE CLAUDE W. HICKS, JR.
               UNITED STATES MAGISTRATE JUDGE, PRESIDING
14
      APPEARANCES:
15
      FOR THE GOVERNMENT:           TAMARA JARRETT, AUSA
16                                  UNITED STATES ATTORNEY'S OFFICE
                                    P.O. BOX 1702
17                                  MACON, GA 31202-1702

18    FOR THE DEFENDANT:            REZA SEDGHI
                                    2870 VINEVILLE AVENUE
19                                  MACON, GA 31204

20
                                    PAUL CHRISTIAN
21                                  582 MULBERRY ST
                                    MACON, GA 31201
22
      _____
23                     TAMMY W. FLETCHER   USCR
                            P. O. BOX 539
24                       MACON, GA 31202-0539
                           (478-741-3005)
25
```

*TAMMY W. FLETCHER - US COURT REPORTER - 478-741-3005*

```
 1
 2                       AUTUMN LAY
 3   DIRECT EXAMINATION                                    3
 4     BY MR. SEDGHI
 5   CROSS EXAMINATION                                     5
 6     BY MS. JARRETT
 7   CROSS EXAMINATION                                    15
 8     BY MR. CHRISTIAN
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    P R O C E E D I N G S
 2   November 15, 2006
 3                           AUTUMN LAY
 4       Witness, having first been duly sworn, testified on
 5                       DIRECT EXAMINATION
 6   BY MR. SEDGHI:
 7   Q    Mrs. Lay, where do you live?
 8   A    439 South Rock Springs Street.
 9            THE COURT:   Pull that microphone up a little bit and
10   speak into it, please ma'am.
11            THE WITNESS:  439 South Rock Springs Street.
12   Q    MR. SEDGHI:  Do you know Mr. Howard?
13   A    Yes, that's my son.
14   Q    That's your son, okay.  Could you tell us where Mr. Howard
15   was living?
16   A    297 Hawthorn.
17   Q    297 Hawthorn.  And who lives there with him?
18   A    My mother.  As of four weeks, three and a half, four weeks
19   ago Dana and my mother and Marie (unintelligible).
20   Q    What's your mother's name?
21   A    Virginia Lay.
22   Q    And how long has Mr. Howard been living at that address?
23   A    He has always lived there.
24   Q    His whole live?
25   A    When he was young.  Since he was -- he stayed with me up
```

1  until he got, I guess, 18, I mean -- he was 18, 17.
2  Q    Okay.
3  A    He just started living there when he started working.
4  Q    Where does Mr. Howard work at?
5  A    He was working at Zom Bates.
6  Q    And what happened to that job?
7  A    The night that this supposedly happened, I don't know he
8  just told me he was taking a vacation, he was taking his
9  vacation.
10 Q    Okay.  And do you know if he is looking for any other jobs?
11 A    Yeah, he is suppose to got hired at Super Wal-Mart in
12 Athens on Oconee that Wednesday that the Marshals came out to get
13 him.
14 Q    Did he go out there and talk with the folks at the Super
15 Wal-Mart?
16 A    He went Monday and they say you could call to verify that,
17 the 6th, I think they say it was, of November.
18 Q    So as far as you know he has a job at Super Wal-Mart?
19 A    Yeah, he is suppose to be called.  They called.
20 Q    Has Mr. Howard attempted to leave town in any way?
21 A    No.  They have been at my mom's house.  Not trying to go any
22 where.  No one has been there looking for him.
23 Q    And, of course, we already talked about the money, the money
24 is in your possession, is that correct, ma'am?
25 A    Yes, sir.

1  Q    And this is Ms. Bullock's money?

2  A    Yes, Dana worked and saved her money all her life.

3  Q    She asked you to keep the money for her?

4  A    Yes, she did.

5           MR. SEDGHI:   That's all the question I have, Your Honor.

6           THE COURT:   Any questions from the government's counsel?

7           MS. JARRETT:  Yes, Your Honor.

8                         CROSS EXAMINATION

9  BY MS. JARRETT:

10 Q    Good morning ma'am, my name is Tamara Jarrett and I'm
11 the prosecutor in this case.  Would you please tell me your
12 first name again?

13 A    Autumn, A-U-T-U-M-N (spelling).

14 Q    And you are Lorrico Howard's mother?

15 A    Yes, I am.

16 Q    And you were telling me that Dana Bullock gave you over
17 $20,000 in cash?

18 A    No, she didn't give me $20,000.

19 Q    Well, how much did she give you?

20 A    I think it was 13.

21 Q    13,000?

22 A    Yeah.

23 Q    And that was in cash?

24 A    Yes.

25 Q    And you still have that money?

```
 1   A    Yes.
 2   Q    And where is that money located?
 3   A    At my home.
 4   Q    And that is 439 Rock Springs Street in Athens, Georgia?
 5   A    Yes, South Rock Spring Street.
 6   Q    Southwest?
 7   A    South Rock Spring Street.
 8   Q    South.  And where were you when Ms. Bullock gave you $13,000
 9   in cash?
10   A    At my mom's.
11   Q    And where would that be?
12   A    297 Hawthorn.
13   Q    And at the time what did Ms. Bullock tell you you were
14   supposed to do with those $13,000?
15   A    Please keep it and don't let nobody get it, that's all she
16   got to help take care of her child.
17   Q    And what -- and you are aware that your son sold a 2000 Chevy
18   Tahoe, aren't you?
19   A    No, I'm not.
20   Q    So he has never owned that car?
21   A    I've seen him drive it.  I don't know who owned it.
22   Q    So you have seen him drive it a lot?
23   A    Yes.  I have seen him drive it.
24   Q    And you've all seen him driving a white Nissan Altima,
25   haven't you?
```

1  A    I saw him drive that car one day.  He was driving -- when
2  they saw that car he was not driving that car.
3  Q    But he did tell you that that car was sold, didn't he?
4  A    What car.
5  Q    The 2000 Tahoe?
6  A    Yeah.  I asked him where the truck went.
7  Q    And I'm sure he told you that they got a good price for it,
8  didn't he?
9  A    I don't get into all that ma'am with them about what they
10 do.
11 Q    You don't.  So they did not tell you they got $12,000 for
12 that?
13 A    No, no ma'am, I didn't even ask him that.
14 Q    And you have no idea where those $12,000 are at now?
15 A    No, I don't.
16 Q    And were you aware ma'am that on September 28th Ms. Bullock
17 withdrew between the 27th and the 28th Ms. Bullock withdrew
18 $20,000 out of a bank account?
19 A    I don't know how much she withdrew.  I know she withdrew her
20 money out.
21 Q    But if there was documentation from the bank you wouldn't
22 dispute that, would you?
23 A    No, I wouldn't.
24 Q    And you would agree with me that $13,000 is definitely less
25 than $20,000?

```
 1   A    Right.
 2   Q    And you obviously have no idea where that additional
 3   thousands of dollars went?
 4   A    4,000 went to an attorney.
 5   Q    Whose attorney?
 6   A    Marie (unintelligible).  I had --
 7   Q    And what is that attorney's name?
 8   A    Jeff Rothman.
 9   Q    So Ms. Bullock paid $4,000 for Mr. Lorrico Howard?
10   A    She let me borrow the money.
11   Q    Who borrowed it?
12   A    Me.
13   Q    You borrowed it?
14   A    Yes.
15   Q    And you have a promissory note, obviously?
16   A    No, just by mouth, word.
17   Q    Just by mouth?
18   A    Yes, ma'am.
19   Q    So you have agreed to pay back Ms. Bullock $4,000?
20   A    Yes.
21   Q    So originally she had in her possession $17,000?
22   A    I don't know what she had ma'am.  I just know what she gave
23   me.
24   Q    Well, you have 13,000 right now, correct?
25   A    Right.
```

1  Q    And then she loaned you $4,000, correct?
2  A    Right.
3  Q    So that would be 17,000, wouldn't it?
4  A    I'm just saying -- I don't know -- You said did I know she
5  had it in her possession.  I can't say exactly where she had
6  it --
7  Q    Let me re-explain it, ma'am?
8  A    Okay.
9  Q    You agree with me, you've told the court you have $13,000 in
10 your hand?
11 A    Right.
12 Q    And you have told the court that Ms. Bullock loaned you
13 $4,000; is that correct?
14 A    Yes, ma'am.
15 Q    And when did she lend you this money?
16 A    I think October 10th, 9th or 10th, I think and I went and
17 paid the attorney.
18 Q    So would it be fair to say that between September 28th when
19 she gave you the $13,000 and October 10th when you borrowed
20 $4,000, that at some point Ms. Bullock had $17,000?
21 A    Yes.
22 Q    And you're telling us that those $17,000, this lady has saved
23 from minimum payment jobs?
24 A    Minimum payments?
25 Q    Yes.  She earns minimum wage when she works, doesn't she?

```
 1   A    No.  Minimum wage is $5.00; isn't it?
 2   Q    Minimum wage is higher than $5.00.  Well, let's assume she
 3   makes $10.00 an hour.
 4   A    Yes, ma'am.
 5   Q    So you're telling this court that she amassed $20,000 by
 6   working minimum wage --
 7   A    Between what her father and her mother have given her and
 8   jobs and --
 9   Q    Well, tell me how much money her father has given her?
10   A    A good bit.
11   Q    Well, what's a good bit?  50,000, 10,000, 100,000?
12   A    I don't know.  He gave her lump sums at a time because he
13   lived out of town, I know that.
14   Q    And --
15   A    I can't say the actual amounts ma'am.  I know he gave her
16   5,000 last year at one time.
17   Q    And were you there when that happened?
18   A    I was there when he came and said he was looking for her to
19   give it to her.  I wasn't there when he handed her money, no.
20   Q    And you surely asked -- asked you son's girlfriend how much
21   money it was?
22   A    No, ma'am.
23   Q    So you don't know if it was given in cash or in check or
24   cashier's check or gold?
25   A    I assume it was cash.  No, I don't know, I can't say.
```

1  Q    How much money did Ms. Bullock's mother give her?

2  A    I don't know the actual amounts.  I just know they help

3  her, ma'am.  I can't say.  I know she was pregnant and couldn't

4  work.

5  Q    Ma'am, she was pregnant six years ago.

6  A    No, ma'am.  I just lost my grand baby in May.

7  Q    I see.  I'm sorry to hear that.  Now, you were saying she was

8  out of work for that reason?

9  A    Yeah, for a year.

10 Q    For a year she was out of work?

11 A    Before that, yeah.

12 Q    And so her family was giving her money?

13 A    Helping her, yeah.

14 Q    And so was your son?

15 A    What?  My son what?

16 Q    Giving her money.

17 A    I don't know about him giving money.  I don't know nothing

18 about him giving her money.

19 Q    Well, you would agree with me that they lived together?

20 A    I don't know that for a fact.

21 Q    You do not?

22 A    No, ma'am.  I know he spent nights with her.  I can't say he

23 lived --

24 Q    So if Mr. Lorrico Howard's over 100 pairs of tennis shoes and

25 his clothes were at 1112 Nash Court, that doesn't mean that he

1  lives --

2  A    How can you say those were his shoes and she's got brothers.

3  Q    Oh, so you're saying her brothers live with her at 1112 Nash
4  Court?

5  A    No, ma'am.  I'm not saying that.  Her brothers are
6  incarcerated.

7  Q    I see.  And how long have her brothers been incarcerated?

8  A    For years.

9  Q    And would that be Carlton Watson, one of them?

10 A    That's one of her brothers.

11 Q    And so you're saying that the clothes that the officers found
12 at 1112 Nash Court could not have belonged to your son?

13 A    No, I didn't say that ma'am.

14 Q    Then what are you saying?

15 A    You asked me did he live there.  You didn't ask me about the
16 clothes.

17 Q    Well, please define to the Court what living means, because
18 perhaps you and I have different definitions.

19 A    Live there all the time.  Live there.

20 Q    So are you saying --

21 A    That's his residence, that's his address.

22 Q    So are you saying that that's not his residence?

23 A    I wouldn't say it's his residence.

24 Q    Where is his --

25 A    Because he's at my mom's house just as much as he's there.

1   Q   Well, at night time, how many times at night was he living
2   with Ms. Bullock?
3   A   Well, he worked at night.  I don't know ma'am.  He got off at
4   2:00 or 3:00 o'clock in the morning.  I couldn't say exactly where
5   he slept at --
6   Q   So you have no idea --
7   A   -- at all times.
8   Q   -- where he slept?
9   A   Not all the time, no, ma'am.
10  Q   And you were telling us earlier that allegedly he was working
11  at Zom Bate, but he left that job?
12  A   I wouldn't say left.  All I know is he said he might go on
13  vacation, that's all I know.
14  Q   And that was after the search on September 27, 2006, wasn't
15  it?
16  A   Yes, ma'am.
17  Q   And are you aware that Mr. Howard told his employers he was
18  taking an emergency leave?
19  A   No, I'm not aware of what he told his employer.
20  Q   But these people would have no reason to make things up,
21  would they?
22  A   No, ma'am.  I don't know these people.
23  Q   And have you given Ms. Bullock or Mr. Howard some money to
24  help them out?
25  A   Help them -- me?

1  Q   Yes, ma'am.

2  A   No, ma'am.  I don't have any money.

3  Q   So you have not ever given them any money?

4  A   I don't have any to give.

5  Q   And as far as you know, whatever money was at Wachovia Bank
6  this lady saved over her years of employment and people giving her
7  money?

8  A   As far as I know, ma'am.

9  Q   And it had nothing to do with drugs?

10 A   No, ma'am.  I know that definitely.  She had money before she
11 even knew Lorrico Howard.

12 Q   I see.  Now the $2,500 that were found in a gentleman's
13 jacket in Ms. Bullock's house that money didn't belong to Mr.
14 Howard, did it?

15 A   I don't know ma'am.  I don't even know what jacket and money
16 you're speaking of.  I can't say.  I don't know.  I don't even
17 know what jacket.

18 Q   You found out when this house was searched, didn't you?

19 A   Yeah, I found out.

20 Q   And surely you talked to your son and said, what happened?

21 A   I didn't ask him any questions because I didn't want to have
22 anything to say or do with it because I don't --

23 Q   I see.  You weren't interested in finding out why this home
24 was searched and what, if anything, was going on?

25 A   What do you mean interested?

1       MR. SEDGHI:  Your Honor, I'm going to object.  This is
2  sort of outside of the scope of the direct examination of the
3  witness here.
4       THE COURT:  Comments Ms. Jarrett?
5       MS. JARRETT:  Your Honor, it goes as to the witness
6  credibility as well as the risk of flight of this individuals and
7  what they knew.
8       THE COURT:  I think we're beginning to go round in
9  circles on this.
10      MS. JARRETT:  Yes, Your Honor.
11      THE COURT:  Just wind up your examination.
12      MS. JARRETT:  Yes, sir.
13 Q   **MS. JARRETT**:  Ma'am, you were telling us at this point that
14 you are in possession of this money?
15 A   Yes, ma'am.
16 Q   And you are not giving this money to anybody because it does
17 not belong to you?
18 A   Yes, ma'am.
19      MS. JARRETT:  Thank you, Your Honor.
20      THE COURT:  Other questions from either counsel.
21      MR. SEDGHI:  I have one, Your Honor.  (Intelligible)
22 real quick so the court doesn't think I'm misleading.
23                      CROSS EXAMINATION
24 BY MR. CHRISTIAN:
25 Q   Do you remember when I came back there and asked you how much

```
 1   you had?
 2   A    Uh-huh.  (Affirmative).
 3   Q    Did you tell me $20,000?
 4   A    No, I didn't.
 5   Q    What did you say?
 6   A    I said 12 or 13.
 7   Q    Okay, so I just misunderstood you?
 8   A    Yeah.  If you said 20 yeah, you did.
 9   Q    Well, you heard me come up and tell the court that you had
10   every penny.  You heard me tell the court that, right?
11   A    Yes.
12   Q    Okay.
13        MR. CHRISTIAN:  Thank you, that's all.  Thank you Ms.
14   Lay.
15        MR. SEDGHI:   I don't have any other questions.
16        THE COURT:  You may step down now.  Other witnesses for
17   your client, Mr. Sedghi?
18        MR. SEDGHI:  No, Your Honor.
19        THE COURT:  Or further proffers?
20        MR. SEDGHI:  No, Your Honor.
21        THE COURT:  The next question is, where are we in this
22   matter.
23
24   (Stopped transcribing hearing after Ms. Lay per Ms. Tamara
25   Jarrett).
```

1
2          I HEREBY CERTIFY THAT THE FOREGOING IS A CORRECT
   TRANSCRIPT TO THE BEST OF MY KNOWLEDGE AND ABILITY FROM THE
3  ELECTRONIC RECORDING OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

4                                   _____

5                                   /s TAMMY W. FLETCHER  CCR, USCR
                                    UNITED STATES DISTRICT COURT
6                                   MIDDLE DISTRICT OF GEORGIA

7                                   DATE:  December 29, 2006

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*TAMMY W. FLETCHER - US COURT REPORTER - 478-741-3005*