United States District Court
For The
Middle District of Georgia
Athens Division

Case NO: 3:06-CR-00041-003

United States Of America
v
Jackie Bowman,

Motion TO Modify
under 3582 (c)(2),

Comes now, Jackie Bowman, the petitioner pro se, in the above said cause, and humbly moves this court to grant petitioner relief in according to "Fair Sentence Act", application applied to the old crack cocaine law retroactively. In support petitioner shows unto this court the following:

1. On Nov 1st 2005 the petitioner Jackie Bowman, was arrested and charge in violation of 21 U.S.C §841 (a)(1) and 21 U.S.C §841 (b)(1)(A)(iii) P.W.I.D. 50 grams of Cocaine base, commonly known as crack cocaine. (See attached exhibit (A)).

2. On May 19th 2009 petitioner was sentenced to a term of 120 months of imprisonment 5 years supervised release.

3. Judgment handed down by the Honorable Chief Judge Ashley Royal.

1 of 2 pages

4. Congress allowed an Amendment 750 to apply retroactive to events before the law effective date Nov 1st 2011. The new law is applicable to petitioner who was sentenced under the old guidelines to cocaine base, commonly known as crack cocaine. Therefore, petitioner is entitled to a reduction in his sentence.

5. Wherefore, Jackie Bowman, prays reduction in sentence be granted in accordance with "Fair Sentence Act 18:1, Amendment 750". In the event counsel is needed, petitioner hubley request appointment of counsel under 18 U.S.C § 30006 A.

/s/ Jackie Bowman Jr

This the 18th day of Nov 2011

2 of 3 pages          1 of 2 cc

## Certificate Of Service

This is to certify that the foregoing Motion To Modify under 3582 (c)(2) has been served on the United States District Court Clerk of Athens Division, in order that a copy be forward to the U.S. District Attorney office, delivery first class mail through the U.S. postal service.

This the 18th day of November 2011

/S/ Jackie Bowman Jr

If you will Honorable said Clerk, forward me a copy stamped file. 3) Therefore, I Jackie Bowman, thank you in advance for your time in regard to this matter. My the God in whom you trust be with you.